Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 2, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00665-CV

____________

 

JASON FLORES, Appellant

 

V.

 

MARIA GUERRA, Appellee

 



 

On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2009-20385

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed July 9, 2010.  On November 23, 2010, appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson
and Yates.